UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GAYLE LEIER, et al., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN BENITO, et al., <br><br> Defendants. | Case No.: C 09-2240 PVT <br><br> **ORDER CLARIFYING JULY 6, 2009 ORDER AND SETTING DEADLINE FOR PLAINTIFFS TO SUBMIT CORRECT DOCUMENT** |

On May 29, 2009, Plaintiffs filed an *ex parte* petition for approval of minors' compromise of claims. On June 18, 2009, this court issued an interim order seeking further briefing and scheduling oral argument. On July 6, 2009, Plaintiff filed the supplemental briefing. Based on the moving and supplemental papers submitted,

IT IS HEREBY ORDERED that no later than July 10, 2009, Plaintiffs shall file a copy of the original petition document that was actually signed by Petitioner. The document Petitioner filed with her supplemental briefing is *not* the document that originally included the signature page that was later attached to the petition and filed herein at Docket No. 9. It is the document that originally included *that* signature page which the court ordered Plaintiffs to submit to the court.

IT IS FURTHER ORDERED that this matter remains on calendar for 10:00 a.m. on July 14, 2009.

Dated: *7/8/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*