UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GAYLE LEIER, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BENITO, et al.,<br><br>    Defendants. | Case No.: C 09-2240 PVT<br><br>**ORDER G**RANTING IN **P**ART **R**EQUEST TO **S**EAL **D**OCUMENTS **F**ILED IN **S**UPPORT OF **P**ETITION FOR **A**PPROVAL OF **M**INORS' **C**OMPROMISE OF **C**LAIMS |

    On July 23, 2009, Plaintiffs filed a request to file certain documents under seal (*see* docket no. 21). Based on the request and the file herein,

    IT IS HEREBY ORDERED that Plaintiffs' request is GRANTED IN PART. The Further Declaration of Gayle Leier in Support of Petition for Minors' Compromise shall be filed under seal.

    IT IS FURTHER ORDERED that Plaintiffs shall either electronically file the other documents for which sealing is sought, or else shall make the showing required by Civil Local Rule 79-5 to justify sealing the documents in whole or in part. It is not self-evident from the face of the documents why sealing is appropriate for those documents.

Dated: *9/2/09*

                                            PATRICIA V. TRUMBULL
                                            United States Magistrate Judge